**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) | No. 14-80031 RS |
| ) | |
| Applicant, ) | |
| ) | |
| v. ) | **[PROPOSED] ORDER TO SHOW CAUSE** |
| ) | |
| PREMA THEKKEK, VINCENT MATHEW, ) | |
| ) | |
| and REGINA RAJ, ) | |
| ) | |
| Respondents. ) | |

  The National Labor Relations Board (the Board) by its General Counsel, and by Jill Coffman, Regional Attorney for Region 20 of the Board, having filed its Application for an order requiring Vincent Mathew, Regina Raj, and Prema Thekkek (Respondents) to obey and comply with subpoenas duly and properly served on Respondents as set forth in said application, and good cause appearing therefore,

  IT IS ORDERED that Respondents appear before this Court at the United States Court House, 450 Golden Gate Avenue, San Francisco, California, on the 6th day of March, 2014, at

1  1:30 p.m., or as soon thereafter as Counsel can be heard, and then and there show cause, if any

2  there be, why an order of this Court should not issue directing Respondents to appear before

3  Joseph Richardson, or another Board Agent designated by the Regional Director of Region 20 of

4  the Board, at such time and place as said Regional Director may designate, and then and there

5  give sworn testimony and answer any and all questions relevant and material to the matter under

6  investigation and in question in the proceeding now pending before the Board in Board Case 20-

7  CA-068854, as required in Subpoenas Ad Testificandum No. A-971938, A-971939, and A-

8  972064, pursuant to Section 11 of the National Labor Relations Act, as amended, 29 U.S.C. §

9  151, et seq.;

10      IT IS FURTHER ORDERED that Respondents each file an Answer to the Application

11  with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 901

12  Market Street, Suite 400, San Francisco, California 94103, on or before the 26th day of

13  February, 2014, and that Applicant may file and serve a Reply to each Answer at least <u>two days</u>

14  before the hearing; and

15      IT IS FURTHER ORDERED that service of copies of this Order, the Application upon

16  which it is issued, the Applicant's Memorandum in Support of this Application For Order

17  Requiring Obedience To Subpoena Ad Testificandum, and the proposed Order Requiring

18  Obedience to Subpoena Ad Testificandum lodged with the Court be made without delay upon

19  Respondents, in any manner provided in the Federal Rules of Civil Procedure and that proof of

20  such service be filed herein.

21

22      Done at San Francisco, California, this 13th day of February, 2014.

23

[~~Proposed~~] Order To Show Cause

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

_____
United States District Court Judge