IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br> Applicant, <br><br> v. <br><br> PREMA THEKKEK, et al., <br><br> Respondent. | No. C 14-800031 RS <br><br> **ORDER** |

The National Labor Relations Board ("the Board") seeks an order requiring respondents Prema Thekkek, Vincent Matthew, and Regina Raj to comply with deposition subpoenas. Based on the Board's showing that respondents likely possess discoverable information relevant to a certain enforcement proceeding pending before the Board, an order previously issued directing them to file a response and to appear and to show cause why she should not be compelled to give sworn testimony.

The Board has filed proof of service showing that respondents were served with the order to show cause and the related pleadings. Respondents filed no response. Prema Thekkek and Vincent Matthew appeared at the hearing; Regina Raj did not. Respondents have offered no grounds for

1

No. C 14-800031 RS
ORDER

concluding that their depositions should not be taken.  Accordingly, good cause appearing, it is hereby ordered that Respondents appear before Joseph Richardson or another Board Agent designated by the Regional Director of Region 20 of the Board, at such time and place as said Regional Director may designate, and then and there give sworn testimony and answer any and all questions relevant and material to the matter under investigation and in question in the proceeding now pending before the Board in Case 20-CA-068854, as required by the subpoenas previously served upon them.

IT IS SO ORDERED.

Dated:  3/7/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE